UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Alonza RUFUS, Defendant–
Appellant.

No. 13–6006.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 10, 2013.

Michael Alonza Rufus, Appellant Pro Se. Beth Drake, William Kenneth Witherspoon, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Alonza Rufus appeals the district court's order denying his motion for a writ of error coram nobis pursuant to 28 U.S.C. § 1651 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Rufus*, No. 3:02–cr–00550–MBS–1 (D.S.C. Dec. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*